ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    kevin.yeh@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 3:24-cr-81-RFL** |
|     Plaintiff, | DRAFT EXHIBIT LIST |
|   v. | |
| GEORGE ABOAGYE, ET AL., | |
|     Defendants. | |

    The government hereby files this draft exhibit list to put the parties on notice of its intent to offer into evidence or to use the following exhibits, or the tangible items reflected therein, at any trial in the above-captioned matter.  The government also provides a draft list of potential Jencks statements that may be used at trial with government witnesses to refresh recollection, or for similar purposes.

    The government reserves the right to amend these lists prior to and during trial as necessary.

| Description | Bates Numbers |
|---|---|
| Outlook "Rules" for employee at Victim D.R. | US-0000127 |
| Email chain between employee at Victim D.R.'s supplier and "mike.christian@cvswake.com" | US-0000058 – US-0000060 |
| IP logs for employees at Victim D.R. | US-0000063 – US-0000069 |
| Logs for emails forwarded from Victim D.R. to extrerne5826@gmail.com | US-0000070 – US-0000098 |
| Invoice sent to Victim D.R., requesting payment at bank account #XXXXX9869 | US-0000112 |
| Invoice sent to Victim D.R., requesting payment at bank account #XXXXX5926 | US-0000137 |
| Email chain between employee at Victim D.R.'s supplier and "mike.christian@cvswake.com" | US-0000134 – US-0000136 |
| Email chain between employee at Victim D.R. and employee at Victim D.R.'s supplier | US-0000140 – US-0000141 |
| Bank statement for JPMC account for Clark Cooling & Heating Services showing deposit for $922,445.34 from Victim D.R. | US-0752784 (see also US-0000906) |
| Bank statement for JP Chase account for Clark Cooling & Heating Services showing withdrawal of $45,000 | US-0752785 (see also US-0000907) |
| Withdrawal ticket for JPMC account for Clark Cooling & Heating Services showing purchase of $25,000 cashier's check for Fedcomp Services, Inc. | US-0752790 (See also US-0000910) |
| Surveillance video from JPMC teller window at 2900 Peachtree Road NW, Atlanta, GA | US-0752908 (See also US-0000910 |
| Cashier's check from Clark Cooling & Heating Services to Fedcomp Services Inc. for $20,000 | US-0752791 (See also US-0000911) |
| JPMC account opening form for Fedcomp Services Inc. | US-0752826 (See also US-000914-15) (See also US-0004403) |
| Bank statement for JPMC account for Fedcomp Services Inc., showing $20,000 check deposit | US-0752857 – US -0752858 (See also US-0004362 – 79) |
| Cashier's check from Clark Cooling & Heating Services deposited into Fedcomp Services Inc. account | US-0752862 (See also US-0000911) (See also US-0004440) |
| Withdrawal ticket from Fedcomp Services account for $19,000 | US-0752863 (See also US-0004441) |
| Surveillance photos from ATM at 2350 Cheshire Bridge Road, Atlanta, GA | US-0752465 – US-0752475 |
| Surveillance photos from ATM at 2608 Piedmont Road, Atlanta, GA | US-0752481 – US-0752486 |
| Texas Secretary of State records for incorporation of Fedcomp Services, Inc. by George Obeng | US-0003837 – US-0003852 |
| California driver's license for George Obeng | US-0012032 |
| UPS mailbox opening records for George Obeng, identifying fedcomp@computer4u.com as contact point | US-0012033 – US-0012043 |
| Subscriber records from mail.com identifying XX.XXX.37.22 as associated with fedcomp@computer4u.com account | US-0006939 – US-0006943 |
| Charter Communications records showing subscriber information IP address XX.XXX.37.22 registered to Dennis Jordan at 1004 XXXXXXX Street in Dallas, Texas, with contact number (***) ***-2961 | US-0007129 – US-0007132 |
| Anonymous tip to Dallas Police Department Dennis Jordan as involved in fraudulent activity and using (***) ***-2961 | US-0002325 – US-0002327 |
| Massachusetts Secretary of Commonweatlh records for Clark Cooling & Heating | US-0003911 – US-0003912 |

**Jencks Act Statements**

| Description | Bates Range |
|---|---|
| Affidavit of FBI S/A Donovan McKendrick in support of search of five email accounts | US-0000876 – US-0000941 |
| Affidavit of FBI S/A Le Nguyen in support of search of 1004 Stafford Street, Dallas, TX | US-0786885 – US-0786841 |

DATED:         November 5, 2024                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/

_____
S. WAQAR HASIB
KEVIN YEH
Assistant United States Attorneys