```
FILED
July 15, 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GEORGE ABOAGYE, <br><br> Defendant. | CASE NO. 3:24-cr-00081-RFL <br><br> <u>VIOLATION</u>: <br> 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering <br> 18 U.S.C. § 982(a)(1) – Forfeiture Allegation <br><br> SAN FRANCISCO VENUE |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:         (18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering)

On or about December 9, 2019, in the Northern District of California and elsewhere, the defendant,

GEORGE ABOAGYE,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce which involved the proceeds of a specified unlawful activity, that is wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial

SUPERSEDING INFORMATION

transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

FORFEITURE ALLEGATION:     (18 U.S.C. § 982(a)(1))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

Upon conviction for the offense set forth in this Information, the defendant,

GEORGE ABOAGYE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in said violations, or any property traceable to such property, including, but not limited to, the following:

a. One blue iPhone seized from the residence at 4412 Pipemaker Bluff, Douglasville, Georgia 30135 ("the residence") on February 14, 2024;

b. One Samsung Galaxy S10 seized from the residence on February 14, 2024;

c. One iPhone in an orange case seized from the residence on February 14, 2024;

d. One black iPhone seized from the residence on February 14, 2024;

e. One Apple MacBook Air seized from the residence on February 14, 2024;

f. One white iPhone with IMEI 013335009377800 seized from the residence on February 14, 2024;

g. One Samsung cellular phone seized from the residence on February 14, 2024;

h. One Dell XPS laptop seized from the residence on February 14, 2024;

i. One 16GB Apple iPad seized from the residence on February 14, 2024;

j. One Toshiba 1TB external hard drive seized from the residence on February 14, 2024;

k. One white 2021 Mercedes Benz GLE SUV with VIN 4JGFD6BB3MA425076;

l. JPMorgan Chase bank account number 503825926;

m. Truist Bank account number 0005248696615;

n. Truist Bank account number 1110008108203;

SUPERSEDING INFORMATION     2

|     |     |                                                                          |
| --- | --- | ------------------------------------------------------------------------ |
| o.  |     | Publix Employee Federal Credit Union member account number 0034712700;   |
| p.  |     | Publix Employee Federal Credit Union checking account number 0034712700S0071; |
| q.  |     | Publix Employee Federal Credit Union savings account number 0034712700S0072; |
| r.  |     | Fidelity Bank account number 2030950210713;                              |
| s.  |     | Chase Bank account number 628970375;                                     |
| t.  |     | Wells Fargo Bank account number 8310486975; and                          |
| u.  |     | Prudential Bank Limited account number 0136001985020.                    |

If such property, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 982(a)(1) and (b)(1) and Federal Rule of Criminal Procedure 32.2.

DATED: July 15, 2025

CRAIG H. MISSAKIAN
United States Attorney

/s/ Kevin Yeh
KEVIN YEH
Assistant United States Attorney

SUPERSEDING INFORMATION            3

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Max. 20 years' imprisonment
Max. $500,000 fine or twice the value of property involved
Max. 3 years' supervised release

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ George Aboagye

DISTRICT COURT NUMBER
3:24-cr-81 RFL

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kevin Yeh

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☒ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year: February 14, 2024
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments: