UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 24-CR-81 RFL |
| Plaintiff, | ) ) | [~~PROPOSED~~] AMENDED PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| GEORGE ABOAGYE, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on July 17, 2025, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 982, and the procedures outlined in Rule 32.2 of the Federal Rules of Procedure and Title 21, United States Code, Section 853:

- $1,800,000 forfeiture money judgment;
- One blue iPhone seized from defendant's residence at 4412 Pipemaker Bluff, Douglasville Georgia 30135 on February 14, 2024;
- One Samsung Galaxy S10 seized from defendant's residence on February 14, 2024;
- One iPhone in an orange case seized from defendant's residence on February 14, 2024;
- One black iPhone seized from defendant's residence on February 14, 2024;

- One Apple MacBook Air seized from defendant's residence on February 14, 2024;
- One white iPhone with IMEI 013335009377800 seized from defendant's residence on February 14, 2024;
- One Samsung cellular phone seized from defendant's residence on February 14, 2024;
- One Dell XPS laptop seized from defendant's residence on February 14, 2024;
- One 16GB Apple iPad seized from defendant's residence on February 14, 2024;
- One Toshiba 1TB external hard drive seized from defendant's residence on February 14, 2024;
- One white 2021 Mercedes Benz GLE SUV with VIN 4JGFD6BB3MA425076.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

///
///
///

1
2      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal
3  Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
4  sentencing and shall be made part of the sentence and included in the judgment.
5
6      IT IS SO ORDERED this 16th day of October, 2025.
7
8
                                          HON. RITA F. LIN
9                                            United States District Judge