UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

GEORGE ABOAGYE,

Defendant.

Case No. 24-cr-00081-RFL-1

**ORDER GRANTING AN EVIDENTIARY HEARING ON CERTAIN ISSUES RAISED IN § 2255 MOTION AND APPOINTING COUNSEL**

Re: Dkt. No. 186

Petitioner George Aboagye pled guilty to money laundering in violation of 18 U.S.C. Section 1956(a)(1)(B)(i) and was sentenced accordingly. Aboagye has since moved under 18 U.S.C. Section 2255 to vacate, set aside, or correct that sentence.

In his motion, Aboagye asserted that his attorney "failed to file a notice of appeal when specifically instructed to and instead cut all communication in an attempt to miss the deadline." (Dkt. No. 186 at 4.) Pursuant to *United States v. Sandoval-Lopez*, 409 F.3d 1193, 1198 (9th Cir. 2005), the Court ordered the government to obtain a declaration from Aboagye's counsel addressing these claims. (*See* Dkt. No. 205.) The government has since obtained that declaration from Gail Shifman. (*See* Dkt. No. 208-1.) In its filing, the government also indicated that Aboagye has been released from the Federal Bureau of Prisons and taken into custody by U.S. Immigration and Customs Enforcement, and that after dropping his appeal to his removal order, Aboagye is "scheduled to be removed to Ghana by the end of September 2026." (Dkt. No. 208.)

Shifman attests that she represented Aboagye "through his change of plea and sentencing

on October 16, 2025" until April 9, 2026, when the Court granted her "request to withdraw as counsel following Mr. Aboagye's filing of a § 2255 petition." (*Id.* ¶ 1.) Shifman further attests: "During the time that I represented Mr. Aboagye, he never requested that a file a notice of appeal on his behalf." (*Id.* ¶ 4.) Shifman and Aboagye's accounts conflict. Accordingly, the Court must set an evidentiary hearing to determine whether Aboagye's claim that he instructed his counsel to file a notice of appeal is true. *See Sandoval-Lopez*, 409 F.3d at 1198 ("We are compelled to conclude that the district court needs to hold an evidentiary hearing to determine whether Sandoval-Lopez really did tell his lawyer to appeal and his lawyer refused though Sandoval-Lopez demanded it.").

Since an evidentiary hearing is required, Aboagye must also be appointed counsel. *See* Rule 8(c) of the Rules Governing Section 2255 Proceedings, 28 U.S.C. foll. § 2255 ("If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A."); *see also United States v. Duarte-Higareda*, 68 F.3d 369, 370 (9th Cir. 1995).

The Court therefore **ORDERS** the following:

1. An evidentiary hearing to resolve (a) whether Aboagye in fact told his counsel to file an appeal, and (b) whether counsel then refused to file an appeal on Aboagye's behalf is set for **December 3, 2026**, at 10:00 a.m. in San Francisco, Courtroom 4, 17th Floor, before Judge Rita F. Lin. Parties may appear in person or via Zoom. Zoom may be accessed via the link provided on: https://cand.uscourts.gov/judges/rfl/lin-rita-f.
2. Aboagye is appointed counsel for the limited purpose of preparing for and assisting with the evidentiary hearing. This matter is referred to the Federal Public Defender to find an attorney to represent Aboagye. The clerk shall provide a copy of this Order and the rest of the materials in the case file to the Federal Public Defender's Office in San Francisco. Upon being notified by the Federal Public Defender's Office that an attorney has been located to represent Aboagye, the Court will appoint that attorney as counsel for Aboagye for purposes of the evidentiary hearing.

3. **Aboagye is ORDERED to update his contact information with the Court by October 23, 2026, in order to permit his appointed counsel to contact him.**
4. The government shall serve this order to Aboagye by U.S. mail to the Department of Homeland Security facility where he is being held and provide a proof of service as soon as possible, and no later than **September 23, 2026**.

**IT IS SO ORDERED.**

Dated: September 21, 2026

RITA F. LIN
United States District Judge